**Opinion issued January 30, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-13-00594-CV

———————————

**SOVANTHARITH B. THOU, Appellant**

**V.**

**1488 PLAZA, INC., Appellee**

---

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Court Case No. 11-05-05980-CV**

---

### MEMORANDUM OPINION

Appellant, Sovantharith B. Thou, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.